ZAINEY, J.
NOVEMBER 4, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AMERICAN HONDA MOTOR CO., INC. — CIVIL ACTION

VERSUS — NO. 04-1205

PREMIER QUALITY IMPORTS, LLC — SECTION "A"(4)

**ORDER AND REASONS**

Before this Court is a **Motion to Amend or Alter Judgment (Rec. Doc. 49)**, filed by the Louisiana Motor Vehicle Commission (hereafter "LMVC"). LMVC is not a party to this action. Rather, it filed an *amicus curiae* brief to inform this Court of the existence and purpose of the LMVC and the Louisiana statutory framework which conveyed jurisdiction to the LMVC over the parties and subject matter before this Court. This was LMVC's sole purpose for filing this brief. It did not discuss the merits of the case or submit the brief on behalf of either party.

However, this Court's Order and Reasons (Rec. Doc. 48), signed on August 10, 2005, incorrectly states in paragraph one on page one that "*amicus curiae* briefs were also filed by the Louisiana Automobile Dealers Association and the Louisiana Motor Vehicle Commission on behalf of Premier Honda."

Accordingly,

**IT IS ORDERED** that LMVC's **Motion to Amend or Alter Judgment (Rec. Doc. 49)** is **GRANTED** and that first paragraph of page one of this Court's Order and Reasons (Rec. Doc. 48), signed on August 10, 2005, is **AMENDED** to read as follows:

"*amicus curiae* briefs were also filed by the Louisiana Automobile Dealers Association, on behalf of Premier Honda, and the Louisiana Motor Vehicle Commission."

* * * * * * * *